UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 3:10-CV-699-J-34-MCR

MICHAEL SIRK,

                  Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES, LLC and
LAW OFFICE OF THOMAS LANDIS,

                  Defendants.
_____/

### **JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE**

      COME NOW, Plaintiff, MICHAEL SIRK and Defendants, CAVALRY PORTFOLIO SERVICES, LLC and LAW OFFICE OF THOMAS LANDIS (hereinafter, "the Parties") and file with the Clerk of the District Court of the Middle District of Florida, this Joint Motion for Dismissal Without Prejudice. The Parties hereby respectfully request this Court allow ninety (90) days within which to complete the settlement process and file a Joint Stipulation for Dismissal with Prejudice in this matter. The Court shall retain jurisdiction over this matter until fully resolved.

      WHEREFORE, the Parties, respectfully request entry of an Order granting this Joint Motion for Dismissal without Prejudice.

1

Respectfully submitted,

| | |
|---|---|
| This 10th day of May, 2011. | This 10th day of May, 2011. |
| /s/ *Alex D. Weisberg* | /s/ *Ernest H. Kohlmyer, III* |
| ALEX D. WEISBERG | ERNEST H. KOHLMYER, III  FBN: 110108 |
| Florida Bar No: 0566551 | MARY GRACE DYLESKI      FBN: 0143383 |
| c/o Weisberg & Meyers, LLC | South Milhausen, P.A. |
| 5722 South Flamingo Road | Gateway Center |
| Suite 656 | 1000 Legion Place, Suite 1200 |
| Cooper City, FL 33330 | Orlando, Florida  32801 |
| 954-212-2184  Fax: 866-577-0963 | 407-539-1638 Fax: 407-539-2679 |
| Attorneys for Plaintiff | Attorneys for Defendants |