**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MICHAEL SIRK,

      Plaintiff,

-vs-                                        Case No. 3:10-cv-699-J-34MCR

CAVALRY PORTFOLIO SERVICES, LLC
and LAW OFFICE OF THOMAS LANDIS,

      Defendants.
_____/

**O R D E R**

    **THIS MATTER** comes before the Court on the Joint Motion for Dismissal Without Prejudice (Dkt. No. 31; Motion) filed on May 10, 2011. In the Motion, the parties request that the Court allow ninety (90) days for the parties to complete the settlement process and to file a joint stipulation for dismissal with prejudice. See Motion at 1. Accordingly, it is hereby

    **ORDERED:**

    1.    The Joint Motion for Dismissal Without Prejudice (Dkt. No. 31) is **GRANTED** to the extent that the Court will administratively close this case.

    2.    The parties shall have until **August 10, 2011**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

    3.    If the parties have not filed settlement pleadings or a request for additional time by the **August 10, 2011**, deadline, this case will automatically be deemed to be dismissed without prejudice.

4. The final pretrial conference scheduled for September 19, 2011, is cancelled, and this case is removed from the October 2011, trial term.

5. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida, this 11th day of May, 2011.

*(signature)*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record